| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

STEPHEN MCCARTY, §
      PLAINTIFF, §
         §
versus         §   CIVIL ACTION NO. H-15-1214
         §
CITY OF SOUTHSIDE PLACE., §
      DEFENDANT. §

## SCHEDULING CONFERENCE

*Appearances*:        *Representing:*

Counsel:

| | |
|---|---|
| Robert Lapkin | Plaintiff |
| Joseph Napiltonia | Plaintiff |
| William Helfand | Defendant |

*Date:*  9/3/2015        ERO   A. Williams

TIME  3:05 PM | 3:25 PM        | P.M.
  begin   end      begin   end

The opposed motion to amend (docket entry #12) is granted.

The deadline for filing the motion for summary judgment is December 4, 2015.

A status conference is set for February 2, 2016 at 2:00 p.m.

                Mary Milloy
           United States Magistrate Judge