United States District Court
Southern District of Texas
**ENTERED**
March 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCARTY, | § | |
|     PLAINTIFF, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-15-1214 |
| | § | |
| CITY OF SOUTHSIDE PLACE., | § | |
|     DEFENDANT. | § | |

### ORDER ON DEFENDANT'S MOTION TO EXCLUDE EXPERT WITNESS GILBERT MATHIS

After considering Defendant's motion to exclude Plaintiff's purported expert witness, Gilbert Mathis (Docket Entry #58) and Plaintiff's response, the court orders that Plaintiff shall present Mr. Mathis for deposition on or before March 30, 2016. Defendant will have 25 days following the deposition in which to name a rebuttal expert witness.

Signed at Houston, Texas, this 15th day of March, 2016.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**